| | | | |
|---|---|---|---|
| Com. v. Smith | 2288 EDA 2016 Affirmed | 12/08/2016 | CP–15–CR–0000492–2000 (Chester) |
| Com. v. Gordon | 1959 MDA 2015 Remanded Jurisdiction Retained | 12/08/2016 | CP–67–CR–0007467–2013 (York) |
| Com. v. Beckett [6] | 1980 MDA 2015 Affirmed | 12/08/2016 | CP–22–CR–0003393–1991 (Dauphin) |
| Com. v. Petrichko | 837 MDA 2016 Affirmed | 12/08/2016 | CP–54–CR–0000803–1996 (Schuylkill) |
| Com. v. Garcia | 882 MDA 2016 Affirmed | 12/08/2016 | CP–38–CR–0000332–2001 (Lebanon) |
| Com. v. Dehart | 1153 MDA 2016 Affirmed | 12/08/2016 | CP–19–CR–0000079–2015 (Columbia) |
| Com. v. Lukowich | 919 WDA 2016 Affirmed | 12/08/2016 | CP–25–CR–0001252–2002 (Erie) |
| In re Estate of Hawk; Appeal of Callanan | 1954 EDA 2015 Affirmed and Reversed | 12/09/2016 | No. 2012–0392 (Northampton) |
| Com. v. Hoffman | 2277 EDA 2015 Affirmed | 12/09/2016 | CP–15–CR–0002914–2014 (Chester) |
| Com. v. Dalton | 89 MDA 2016 Affirmed | 12/09/2016 | CP–06–CR–0000809–2015 (Berks) |
| Com. v. Meinzer | 267 MDA 2016 Affirmed | 12/09/2016 | CP–36–CR–0005514–2013 (Lancaster) |
| Com. v. Chruby | 304 MDA 2016 Vacated and Remanded | 12/09/2016 | CP–14–CR–0001267–1995 (Centre) |
| Com. v. Aina | 417 MDA 2016 Affirmed | 12/09/2016 | CP–14–CR–0000688–2015 (Centre) |
| Com. v. Valentin–Carrero | 437 MDA 2016 Affirmed | 12/09/2016 | CP–67–MD–0000414–2016 (York) |
| Com. v. Ginter | 451 MDA 2016 Affirmed | 12/09/2016 | CP–22–CR–0004746–2014 CP–22–CR–0004974–2014 (Dauphin) |

6. Petition for reargument denied February 15, 2017.